UNITED STATES BANKRUPTCY COURT
District of New Jersey

In re:

Duro Dyne National Corp.

Chapter: 11

Case Number: 18-27963

Civil Number: ____________

Adversary Number: ____________

Bankruptcy Judge: Michael B. Kaplan

**TRANSMITTAL OF DOCUMENT(S) TO:**
**☒ DISTRICT COURT ❑ CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

❑ Notice of Appeal ❑ Order being Appealed ❑ Designation of Record on Appeal

❑ Statement of Issues ❑ Transcript ❑ Transcript Ordered On: ____________

❑ Motion for Leave to Appeal ❑ Certification of Failure to File Designation ❑ Motion to Withdraw the Reference

☒ Other Proposed Findings of Fact and Conclusions of Law for Confirmation

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on ____________. The parties to the appeal are:

Appellant(s): ____________ Appellee(s): ____________

Attorney: ____________ Attorney: ____________

Address: ____________ Address: ____________

Title of Order Appealed: ____________

Date Entered On Docket: ____________

❑ An appeal has not previously been filed in this case.

❑ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

---

Court Clerk: Please complete the information below and return a copy of this form to ____________ within 3 days.

Your Court's Case Number: ____________ Judge assigned: ____________

By: ____________ Date: ____________

*rev. 8/28/17*