Margaret F. Catalano
Christina R. Salem
570 Lexington Avenue – 8th Floor
New York, New York 10022
(212) 252-0004
meg.catalano@kennedyscmk.com
christina.salem@kennedyscmk.com

IFRAH PLLC
George R. Calhoun, V (*pro hac vice* pending)
1717 Pennsylvania Ave., NW
Washington, D.C. 20006
(202) 525-4147
george@ifrahlaw.com

*Attorneys for The North River Insurance Company*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>DURO DYNE NATIONAL CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>**Case No. 3:19-cv-15433-MAS** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that The North River Insurance Company ("North River") will move before the Honorable Michael Shipp, United States District Court Judge, on September 16, 2019, for an Order granting North River's Application for Admission of Counsel *Pro Hac Vice* as to George R. Calhoun, V.

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

In support of this application, the undersigned relies on the attached application and certification in support.

Dated: August 19, 2019

Respectfully submitted,

KENNEDYS CMK LLP

*/s/ Christina R. Salem*

Christina R. Salem
570 Lexington Avenue, 8th Floor
New York, N.Y. 10022
(212) 252-0004
christina.salem@kennedyscmk.com

*Attorney for The North River Insurance Company*

**CERTIFICATION OF SERVICE**

I, Christina R. Salem, certify that a copy of the Notice of Motion, Application for Admission *Pro Hac Vice* of George R. Calhoun V, and Certification of George R. Calhoun V in Support of Application for Admission *Pro Hac Vice* were filed electronically through the ECF filing system on this 15th day of August 2019, thereby providing electronic service upon all parties in this case.

*/s/ Christina R. Salem*
Christina R. Salem