Margaret F. Catalano
Christina R. Salem
570 Lexington Avenue – 8th Floor
New York, New York 10022
(212) 252-0004
meg.catalano@kennedyscmk.com
christina.salem@kennedyscmk.com

IFRAH PLLC
George R. Calhoun, V (*pro hac vice* pending)
1717 Pennsylvania Ave., NW
Washington, D.C. 20006
(202) 525-4147
george@ifrahlaw.com

*Attorneys for The North River Insurance Company*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>DURO DYNE NATIONAL CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>**Case No. 3:19-cv-15433-MAS** |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
**OF GEORGE R. CALHOUN V**

I, Christina R. Salem, respectfully certify as follows.

1. I am a partner in the law firm of Kennedys CMK LLP, located at 570 Lexington Avenue, 8th Floor, New York, N.Y. 10022.

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

2. I am a member of good standing of the Bar of the State of New Jersey and admitted to practice before the United States District Court for the District of New Jersey. I am not under suspension or disbarment by any court.

3. I submit this application in support of an order approving the admission *pro hac vice* of George R. Calhoun, V, of Ifrah PLLC, 1717 Pennsylvania Avenue, NW, Suite 650, Washington, DC 20006, to appear in this action as counsel for The North River Insurance Company ("North River").

4. Pursuant to Local Civil Rule 101.1(c), I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by me or another attorney associated with Kennedys CMK LLP that is an attorney at law of this Court.

WHEREFORE, the undersigned counsel respectfully requests this Court enter an order approving the admission *pro hac vice* of George R. Calhoun, V, Esq. on behalf of North River for all purposes relating to the proceedings in the above-captioned action. A certification by the applicant and proposed Order in support of this application is attached hereto.

Dated: August 19, 2019

Respectfully submitted,

KENNEDYS CMK LLP

*/s/ Christina R. Salem*

Christina R. Salem
570 Lexington Avenue, 8th Floor
New York, N.Y. 10022
(212) 252-0004
christina.salem@kennedyscmk.com

*Attorney for The North River Insurance Company*