Margaret F. Catalano
Christina R. Salem
570 Lexington Avenue – 8th Floor
New York, New York 10022
(212) 252-0004
meg.catalano@kennedyscmk.com
christina.salem@kennedyscmk.com

IFRAH PLLC
George R. Calhoun, V (*pro hac vice* pending)
1717 Pennsylvania Ave., NW
Washington, D.C. 20006
(202) 525-4147
george@ifrahlaw.com

*Attorneys for The North River Insurance Company*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>DURO DYNE NATIONAL CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>**Case No. 3:19-cv-15433-MAS** |

**CERTIFICATION OF GEORGE R. CALHOUN V IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

I, George R. Calhoun, V, certify as follows:

1. I have personal knowledge of the facts stated herein.

2. I submit this certification in support of my motion for admission to practice *pro hac vice* pursuant to Local Civil Rule 101.1(c) in the above-captioned matter.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

3. I am an attorney admitted to the bars of the State of Maryland (year of admission: 1997) and the District of Columbia (year of admission: 1998); the United States District Courts for the District of Maryland (year of admission: 1998), the Eastern District of Michigan (year of admission: 2007), the District of Columbia (year of admission: 1998), and the Northern District of Illinois (year of admission: 2016); the United States Court of Federal Claims (year of admission: 2016); and the United States Courts of Appeals for the Second Circuit (year of admission: 2013) and Third Circuit (year of admission: 2006), and the Circuit of the District of Columbia (year of admission: 2017). The following contacts maintain the roll of members of its bar:

a. Clerk's Office, Court of Appeals of Maryland, 361 Rowe Boulevard, Annapolis, MD 21401.

b. Clerk's Office, Court of Appeals for the District of Columbia, 430 E Street, NW, Room 115, Washington, DC 20001.

c. Clerk's Office, United States District Court for the District of Maryland, 101 W. Lombard Street, Baltimore, MD 21201.

d. Clerk's Office, United States District Court for the Eastern District of Michigan, 231 W. Lafayette Boulevard, Room 599, Detroit, MI 48226.

e. Clerk's Office, United States District Court for the District of Columbia, 333 Constitution Avenue, NW, Room 1225, Washington, DC 20001.

f. Clerk's Office, United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604.

g. Clerk's Office, United States Court of Federal Claims, 717 Madison Place, NW, Washington, DC 20439.

h. Clerk's Office, United States Court of Appeal for the Second Circuit, 40 Foley Square, New York, NY 10007.

i. Clerk's Office, United States Court of Appeal for the Third Circuit, 21400 U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

j. Clerk's Office, United States Court of Appeal for the Circuit of District of Columbia, 333 Constitution Avenue, NW, Washington, DC 20001.

4. I am a partner with the law firm of Ifrah PLLC.

5. I represent The North River Insurance Company ("North River"), which is a creditor in the above-referenced bankruptcy matter.

6. I have no disciplinary proceedings against me in any jurisdiction, nor have I been disciplined previously for any reason whatsoever in any jurisdiction.

7. I have not been convicted of a felony.

8. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

9. There is good cause for the *pro hac vice* admission as I represent a creditor who has entered objections to the Bankruptcy Court's Recommendation for Entry of: (A) Findings of Fact and Conclusions of Law with Respect to the Third Amended Plan of Reorganization; and (B) Confirmation of Order, Dkt. 1, in the above-referenced bankruptcy matter. *See* Dkt. 3. Further, I am familiar with all of the facts, issues, and pleadings in the underlying action, and I have extensive experience and expertise in the issues involved in this action.

10. I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in this one case for North River.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 19, 2019

*/s/ George R. Calhoun*

George R. Calhoun, V
Ifrah PLLC
1717 Pennsylvania Ave., NW
Washington, D.C. 20006
202.525.4147
george@ifrahlaw.com