Margaret F. Catalano
Christina R. Salem
570 Lexington Avenue – 8th Floor
New York, New York 10022
(212) 252-0004
meg.catalano@kennedyscmk.com
christina.salem@kennedyscmk.com

IFRAH PLLC
George R. Calhoun, V (*pro hac vice* pending)
1717 Pennsylvania Ave., NW
Washington, D.C. 20006
(202) 525-4147
george@ifrahlaw.com

*Attorneys for The North River Insurance Company*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>DURO DYNE NATIONAL CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>**Case No. 3:19-cv-15433-MAS** |

**ORDER ADMITTING APPLICATION FOR ADMISSION**
***PRO HAC VICE* OF GEORGE R. CALHOUN V**

The Court having reviewed the moving papers of the applicant, an out-of-state attorney, and considered this matter pursuant to Local Civil Rule 101.1, it is hereby ORDERED that:

1. George R. Calhoun, V, is hereby admitted *pro hac vice* to appear in this matter on

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's tax identification number, are: Duro Dyne National Corp. (4664); Duro Dyne Machinery Corp. (9699); Duro Dyne Corporation (3616); Duro Dyne West Corp. (5943); and Duro Dyne Midwest Corp. (4662).

behalf of The North River Insurance Company.

2. Mr. Calhoun is hereby required to abide by the rules of this Court and the rules governing the courts of the State of New Jersey, including all disciplinary rules.

3. Mr. Calhoun shall, and hereby does, consent to the appointment of the Clerk of the Court as agent upon whom service of process may be made for all actions against Mr. Calhoun that may arise out of his participation in this matter.

4. Mr. Calhoun is hereby required to notify the Court of any matter affecting his standing at the bar of any court.

5. Mr. Calhoun shall have all pleadings, briefs, and other papers filed with the Court signed by an attorney of record authorized to practice in this State, who shall be held responsible for them, the conduct of the litigation, and the attorney admitted herein.

6. Mr. Calhoun shall make payment of $150.00 to the Clerk of this Court in accordance with Local Civil Rule 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order.

7. Mr. Calhoun shall comply with the obligations of any attorney admitted to practice in this Court and shall make payment to the New Jersey Lawyers' Fund for Client Protection, as provided by New Jersey Court Rule 1:28-2(a).

ORDERED this ______ day of ___________, 2019.

______________________________
United States Magistrate Judge